In the Matter of Milward EUBANKS, Bankrupt.

BAINBRIDGE TRUCK & TRACTOR CO., Appellant,

v.

Milward EUBANKS, Appellee.

No. 28092.

United States Court of Appeals
Fifth Circuit.

Jan. 8, 1970.

Leonard H. Conger, of Conger & Conger, Bainbridge, Ga., for appellant.

Frank S. Twitty, Sr., of Twitty & Twitty, Camilla, Ga., for appellee.

Frank C. Vann, Camilla, Ga., for Trustee.

Before BELL, AINSWORTH, and CARSWELL, Circuit Judges.

PER CURIAM:

This appeal is from the judgment of the district court reversing, on review, an order of the referee in bankruptcy allowing a claim against the bankrupt in the sum of $4,355.78. A separate claim, in the amount of $5,000, arising out of the same transactions, was disallowed by the referee.

We have carefully reviewed the entire record and have concluded that it sustains the judgment of the district court.

Affirmed.

UNITED STATES of America, Plaintiff-Appellee,

v.

A. T. GARRETT, W. D. Walters, and J. B. McDaniel, Defendants-Appellants.

No. 27436.

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1969.

J. R. Goldthwaite, Jr., Adair, Goldthwaite, Stanford & Daniel, Atlanta, Ga., Plato E. Papps, Louis P. Poulton, Washington, D. C., for appellants.

John W. Stokes, Jr., U. S. Atty., Slaton Clemmons, Asst. U. S. Atty., Atlanta, Ga., Jonathan Howe, Atty., Legal Division Federal Aviation Agency, for appellee.

Before TUTTLE, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

On January 10, 1969, the District Court for the Northern District of Georgia imposed upon the appellants a civil penalty of one hundred dollars each. 296 F.Supp. 1302.

Upon consideration of the record, briefs, and argument of counsel we are of the opinion that the judgment of the District Court should be affirmed.

Affirmed.